IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00961-WDM-MEH

SINGAPORE TELECOMMUNICATIONS LIMITED d/b/a "SINGTEL", a Singapore limited liability company,

     Plaintiff,

v.

QUANTITUDE, INC., a Delaware corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 23, 2006.**

     Plaintiff's Joint Motion to Stay Proceedings [Filed June 15, 2006; Docket #22] is **granted**. The pretrial conference set for October 2, 2006, at 9:00 a.m. is hereby **vacated**, as are all discovery related deadlines. The parties are hereby ordered to submit a joint status report every sixty days informing the Court of the status of settlement in this case.