**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00961-WDM

SINGAPORE TELECOMMUNICATIONS LIMITED d/b/a "SINGTEL," a Singapore limited liability company,

Plaintiff,

v.

QUANTITUDE, INC., a Delaware corporation,

Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulated Notice of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 7, 2006.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL